| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:14-CR-48 |
| | § | |
| CAMMORN JOSEPH BRIZENDINE | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**. It is the finding of the court that the Defendant, Cammorn Joseph Brizendine, is competent.

SIGNED at Beaumont, Texas, this 15th day of September, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE